UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  CR-12-6053-EFS-2 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE** |
| MAYRA J. LEYVA REYES (2), | |
| Defendant. | |

Before the Court, without oral argument is Defendant Mayra Leyva Reyes' Motion to Modify Conditions of Release, ECF No. 750. Defendant seeks to be removed from GPS monitoring and curfew restrictions. Currently, in addition to other restriction as part of the conditions of release, Defendant must wear a GPS monitoring device and has to maintain a curfew. Defendant now requests both restrictions be removed. To date, the U.S. Attorney's Office (USAO) and the U.S. Probation Office have not filed a response. However, Defense Counsel John Crowley represents that U.S. Probation Officer Curt Hare and Assistant United States Attorney Stephanie Van Marter have no objection to Defendant's release from GPS monitoring and curfew reporting. Having reviewed the pleadings and the file in this matter, the Court is fully informed and finds good cause to grant Defendant's motion.

ORDER GRANTING MOTION TO MODIFY CONDITIONS OF RELEASE- 1

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendant's Motion to Modify Conditions of Release, **ECF No. 750**, is **GRANTED**.

2. Defendant is **RELEASED** from GPS monitoring and curfew reporting.

3. All other provisions in the Order Setting Conditions of Release, ECF No. 187, remain in effect.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel and the U.S. Probation Office.

**DATED** this 28th day of August 2013.

s/ Edward F. Shea<br>
EDWARD F. SHEA<br>
Senior United States District Judge